# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES THOMAS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | NO. 10-1701 |
| Defendant. | : | |

## ORDER

AND NOW, on this 22nd day of September, 2011, upon careful consideration of Plaintiff's Complaint (ECF No. 3) and Brief and Statement of Issues in Support of Request for Review (ECF No. 10), and the Commissioner's response thereto (ECF No. 11), and for the reasons in the accompanying Memorandum on Request for Review, it is hereby ORDERED as follows:

1. Plaintiff's request for review is DENIED and his Complaint is DISMISSED with prejudice.

2. The Clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1701 Thomas v Astrue\Thomas - Order Mot Review.wpd